DANIEL F. STROBEL, Respondent, *v.* JOHN PIERCE, Appellant.

*Strobel* v. *Pierce*, 164 App. Div. 910, affirmed.
(Submitted October 10, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee. The plaintiff brings his action to recover damages for an alleged breach of contract for the sale and shipment of stone by the defendant. The theory of the plaintiff's action is that the stone was not furnished on time and when required, and that thereby the work of building a road by plaintiff under his contract with the state was delayed and the plaintiff suffered consequential damage by way of additional expense in the construction of the road under the contract with the state, in that the plaintiff had to pay his workmen on the road more money than he otherwise would pay, and by way of loss of interest in not receiving from the state the contract price, and that the completion of the road was postponed beyond the time when by the contract it was provided it should be done.

*A. M. Mills* for appellant.

*George W. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.